**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TERRENCE PEARSALL,** | : | **CIVIL ACTION NO. 1:25-CV-1614** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIC TATER and KHEM ADHIKARI,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

This matter comes before the court upon the Report and Recommendation ("R&R") (Doc. 15) of Magistrate Judge Leo A. Latella, wherein Judge Latella recommends the court dismiss this action with prejudice for failure to state a claim.

The court notes that no objections have been filed to date. See FED. R. CIV. P. 72(b)(2). Our court of appeals has made clear that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level." Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)). However, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the R&R, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes.

After reasoned consideration of Judge Latella's R&R, the court finds it to be sound and adopts it in its entirety. The second amended complaint (Doc. 14) is devoid of any facts stating, or giving rise to the inference, that the defendants were acting under color of state law. As such, this is not a federal case because no federal laws have been implicated. Moreover, this is the plaintiff's third attempt at filing a complaint. Given his repeated failures to state a federal claim, granting further leave to amend would be futile. Though, the plaintiff shall retain the ability to file a lawsuit in state court based on state law.

Thus, AND NOW, this 29th day of May, 2026, it is hereby ORDERED that:

1.   Judge Latella's R&R (Doc. 15) is ADOPTED.

2.   Any federal claims raised by the second amended complaint (Doc. 14) are DISMISSED with prejudice.

3.   To the extent the second amended complaint (Doc. 14) raises any state law claims, those are DISMISSED without prejudice.

4.   Any appeal from this order is deemed to be frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

5.   The Clerk of Court shall CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

2